IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 JUL 20 P 3:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JAMES P. ARANT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 1:07-CV-664-MHT |
| | ) |
| AXA EQUITABLE LIFE INSURANCE | ) |
| COMPANY, fka THE EQUITABLE LIFE | ) |
| ASSURANCE SOCIETY OF THE UNITED | ) |
| STATES, and AXA DISTRIBUTORS, | ) |
| LLC, fka EQUITABLE DISTRIBUTORS, | ) |
| LLC., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' CONFLICT DISCLOSURE STATEMENT

COME NOW AXA Equitable Life Insurance Company ("AXA Equitable") and AXA Distributors, LLC ("AXA Distributors"), Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1.   The following entities and their relationship to the party are hereby reported on behalf of AXA Equitable:

AllianceBernstein Holding L.P. is a publicly traded, indirect affiliate of AXA Equitable. AXA Equitable is an indirect wholly owned subsidiary of AXA Financial, Inc. AXA Financial, Inc. does not have publicly traded equity securities, but does have publicly traded debt securities. AXA Financial, Inc. is an indirect wholly owned subsidiary of AXA, a société anonyme organized under the laws of the Republic of France. The principal trading market for AXA's

ordinary shares is the Premier March of Euronext Paris S.A. AXA's American Depositary Shares and American Depositary Receipts are listed on the New York Stock Exchange.

2. The following entities and their relationship to the party are hereby reported on behalf of AXA Distributors:

AXA Distributors is an affiliate of AXA Equitable. AXA Distributors is related to each of the entities in paragraph 1, above.

Respectfully submitted,

A. Inge Selden III
John N. Bolus
Andrea M. Greene    GRE 102

Attorneys for Defendants
AXA Equitable Life Insurance Company and
AXA Distributors, LLC

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 20th day of July, 2007:

> Andrew P. Campbell, Esq.
> Caroline Smith Gidiere, Esq.
> CAMPBELL, WALLER & POER, LLC
> 2100-A SouthBridge Parkway, Suite 450
> Birmingham, Alabama  35209
>
> M. Dale Marsh, Esq.
> Marsh Cotter & Tindol LLP
> 203 E. Lee Street
> P. O. Box 310910
> Enterprise, Alabama  36331

_____
OF COUNSEL