IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES P. ARANT, et al.,    ) | |
| ) | |
|    Plaintiffs,    ) | |
| ) | CIVIL ACTION NO. |
|    v.    ) | 1:07cv664-MHT |
| ) | |
| AXA EQUITABLE LIFE    ) | |
| INSURANCE COMPANY, fka THE    ) | |
| ASSURANCE SOCIETY OF THE    ) | |
| UNITED STATES, and AXA    ) | |
| DISTRIBUTORS, LLC, fka    ) | |
| EQUITABLE DISTRIBUTORS,    ) | |
| LLC.,    ) | |
| ) | |
|    Defendants.    ) | |

ORDER

It is ORDERED that the motion for judgment on the pleadings (Doc. No. 5) and motion for stay (Doc. No. 6) are set for submission, without oral argument, on August 17, 2007, with all briefs due by said date.

DONE, this the 31st day of July, 2007.

                                        /s/ Myron H. Thompson  
                                UNITED STATES DISTRICT JUDGE