IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES P. ARANT, et al., )<br>    )<br>    Plaintiffs, )<br>    )<br>    v. )<br>    )<br>AXA EQUITABLE LIFE )<br>INSURANCE COMPANY, fka THE )<br>ASSURANCE SOCIETY OF THE )<br>UNITED STATES, and AXA )<br>DISTRIBUTORS, LLC, fka )<br>EQUITABLE DISTRIBUTORS, )<br>LLC., )<br>    )<br>    Defendants. ) | CIVIL ACTION NO.<br>1:07cv664-MHT |

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 8) is set for submission, without oral argument, on August 17, 2007, with all briefs due by said date.

DONE, this the 9th day of August, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE