# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES P. ARANT, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **1:07-CV-664** |
| **AXA EQUITABLE LIFE INSURANCE COMPANY, fka THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, and AXA DISTRIBUTORS, LLC, fka EQUITABLE DISTRIBUTORS, LLC,** | ) ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFFS' REPLY TO DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS AND IN RESPONSE TO PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE

All parties agree that dismissal without prejudice is the appropriate course of action in this case. Plaintiffs file this Reply to Defendants' Memorandum of Law in Support of their Motion for Judgment on the Pleadings and in Response to Plaintiffs' Motion to Dismiss Without Prejudice in order to urge the Court that the gratuitous discussion of SLUSA preemption law in Defendants' proposed Order is unnecessary, and that, contrary to Defendants' assertion in their Memorandum of Law, a simple voluntary dismissal under Rule 41(a)(2) is warranted in this case.

Plaintiffs therefore request that the Court adopt their Proposed Order, attached hereto as Exhibit A.

As discussed in Plaintiffs' Motion for Voluntary Dismissal Without Prejudice and Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings, voluntary dismissal without prejudice under Fed. R. Civ. P. 41(a)(2) is appropriate in this case by order of this Court. Pursuant to Rule 41(a)(2), a plaintiff, with the approval of the Court, may dismiss an action voluntarily and without prejudice to future litigation at any time during the litigation process. *McCants v. Ford Motor Company, Inc.,* 781 F.2d 855, 856 (11th Cir.1986). Voluntary dismissal without prejudice should be permitted absent "clear legal prejudice" to the Defendants. *McCants v. Ford Motor Co., Inc.*, 781 F.2d 855, 856-57 (11th Cir. 1986). There is no reason for the Court not to simply grant the dismissal without prejudice under Rule 41(a)(2).

Such a dismissal without prejudice, if granted, renders Defendants' motion for "judgment on the pleadings" moot, because there is no "judgment," only a dismissal. Furthermore, judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure is only appropriate "when 'no issues of material fact exist, and the movant is entitled to judgment as a matter of law.'" *Cook v. Campbell*, 482 F. Fupp. 2d 1341, 1345 (M.D. Ala. 2007), *quoting Ortega v. Christian,* 85 F.3d 1521, 1524-25 (11th Cir.1996). "'If upon reviewing the

pleadings it is clear that the plaintiff would not be entitled to relief under any set of facts that could be proved consistent with the allegations, the court should dismiss the complaint.'" *Id.*, *quoting Horsley v. Rivera,* 292 F.3d 695, 700 (11th Cir.2002). Here, while the Plaintiffs are barred under SLUSA's class action ban from bringing this action as it stands, there can be no finding that Plaintiffs "would not be entitled to relief under any set of facts that could be proved consistent with the allegations," because the claims are only barred to the extent that are presented as a class or a mass action. The substantive claims themselves are not preempted. Thus, "judgment on the pleadings" is inappropriate.

Plaintiffs therefore respectfully request that the Court adopt its proposed Order, or similar Order free of the gratuitous discussion of SLUSA law present in Defendants' proposed Order of Dismissal.

                                             Respectfully Submitted,

                                             /s   Caroline Smith Gidiere
                                             One of the Attorneys for Plaintiffs

OF COUNSEL:
Andrew P. Campbell (CAM006)
Caroline Smith Gidiere (SMI209)
CAMPBELL, GIDIERE, LEE
SINCLAIR & WILLIAMS, LLC
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL  35209
(205) 803-0051 phone

(205) 803-0053 facsimile
acampbell@cwp-law.com
cgidiere@cwp-law.com

M. Dale Marsh (MAR040)
Marsh Cotter & Tindol LLP
203 E. Lee Street
P.O. Box 310910
Enterprise, AL  36331
(334) 347-2626 phone
(334) 393-1396 facsimile
mdm@enterpriselawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AXA Equitable Life Insurance Company
f/k/a The Equitable Life Assurance Society of the U.S.
AXA Distributors LLC,
f/k/a Equitable Distributors, LLC
A. Inge Selden III
John N. Bolus
Andrea M. Greene
Maynard, Cooper & Gale, PC
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2602
205.254.1000

    /s   Caroline Smith Gidiere
OF COUNSEL

# EXHIBIT

# A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES P. ARANT, et al.,**     )<br>                                                  )<br>       **Plaintiffs,**                      )<br>                                                  )<br>v.                                              )<br>                                                  )<br>**AXA EQUITABLE LIFE INSURANCE**  )<br>**COMPANY, fka THE EQUITABLE LIFE**  )<br>**ASSURANCE SOCIETY OF THE UNITED**  )<br>**STATES, and AXA DISTRIBUTORS,**  )<br>**LLC, fka EQUITABLE DISTRIBUTORS,**  )<br>**LLC,**                                    )<br>                                                  )<br>       **Defendants.**                   ) | **CIVIL ACTION NO.**<br>**1:07-CV-664** |

## **ORDER**

Before the Court are Plaintiffs' Motion to Dismiss Without Prejudice, Defendants' Motion for Judgment on the Pleadings, and Defendants' Motion for Stay of Requirements Under Rule 26(f) Order. The Court, having considered the record, finds that Plaintiffs' Motion to Dismiss Without Prejudice is due to be GRANTED. The Court further finds that Defendants' Motions for Judgment on the Pleadings and for Stay of Requirements Under Rule 26(f) are therefore MOOT.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), it is ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion to Dismiss Without Prejudice is GRANTED, and that all counts and claims in the Complaint herein are

DISMISSED WITHOUT PREJUDICE.  Defendants' Motions for Judgment on the Pleadings and for Stay of Requirements Under Rule 26(f) Order are DENIED AS MOOT.

DONE this _____ day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE