**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **JAMES P. ARANT, et al.,** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:07-cv-664-MHT |
| **AXA EQUITABLE LIFE INSURANCE** ) | |
| **COMPANY, fka THE EQUITABLE LIFE** ) | |
| **ASSURANCE SOCIETY OF THE UNITED** ) | |
| **STATES, and AXA DISTRIBUTORS,** ) | |
| **LLC, fka EQUITABLE DISTRIBUTORS,** ) | |
| **LLC.,** ) | |
| ) | |
|     **Defendants.** ) | |

**REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants AXA Equitable Life Insurance Company and AXA Distributors, LLC (collectively "Defendants") hereby submit this reply to Plaintiffs' Opposition to Defendants Motion for Judgment on the Pleadings ("Plaintiffs' Opposition"). Plaintiffs have requested that the Court not enter a judgment on the pleadings that would entail a dismissal of this action with prejudice. However, the proposed order Defendants submitted to this Court on August 16, 2007 ("Defendants' Proposed Order") makes clear that the judgment would relate only to those claims preempted by the Securities Litigation Uniform Standards Act of 1998, 15 U.S.C. §77p et seq. ("SLUSA"), and that to the extent that Plaintiffs are able to file claims in a manner not addressed by SLUSA, the action simply would be dismissed without prejudice. Based upon the merits of the Motion for Judgment on the Pleadings and the admissions made by Plaintiffs, the Motion for Judgment on the Pleadings should be granted, as reflected in Defendants' Proposed Order.

First, the Motion for Judgment on the Pleadings is due to be granted on the merits. The

fact that Plaintiffs realized the fatal deficiencies of their pleading after the Rule 12(c) motion was filed does not allow them to simply withdraw it, because Defendants had already filed their Answer to the Complaint in this action. *See* Rule 41(a)(2), Fed.R.Civ.P. (after service of an answer "an action shall not be dismissed at the Plaintiffs' instance save upon order of the court upon such terms and conditions as the court deems proper"). The Complaint, as pled, clearly falls within SLUSA as a "covered class action" involving "covered securities". Defendants are entitled to a finding, based upon Plaintiffs' chosen vehicle for joining their claims, that the action was preempted.

Further, Plaintiffs have admitted that this action was brought in a manner that is preempted by SLUSA and that cannot be maintained. If anything, Plaintiffs' admissions, including their admission that any federal securities law claims that they might bring at this point are time-barred, dictate that the Motion for Judgment on the Pleadings should be granted. The "covered class action", as Plaintiffs' mass action is construed under SLUSA, cannot be maintained in the manner in which they pled it, and is thus subject to dismissal under Rule 12(c).

For these reasons, and because Defendants have proposed an order that preserves Plaintiffs' ability to maintain individual claims that are not inconsistent with SLUSA, the Motion for Judgment on the Pleadings should be granted in the form of Defendants Proposed Order.

Respectfully submitted,

  /s/ John N. Bolus  
A. Inge Selden III (SEL003)
John N. Bolus (BOL022)
Andrea M. Greene (GRE102)

Attorneys for Defendants

        AXA Equitable Life Insurance Company and AXA Distributors, LLC

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been served upon the following listed people by electronic notice through the CM/ECF document management system, dated this the 17th day of August, 2007:

        Andrew P. Campbell, Esq.
        Caroline Smith Gidiere, Esq.
        CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS
        2100-A SouthBridge Parkway, Suite 450
        Birmingham, Alabama  35209

        M. Dale Marsh, Esq.
        Marsh Cotter & Tindol LLP
        203 E. Lee Street
        P. O. Box 310910
        Enterprise, Alabama  36331

        /s/  John N. Bolus
        OF COUNSEL