IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES P. ARANT, et al.,**       ) | |
| ) | |
| **Plaintiffs,**         ) | |
| ) | |
| v.              ) | CIVIL ACTION NO.: |
| ) | 1:07-cv-664-MHT |
| **AXA EQUITABLE LIFE INSURANCE**  ) | |
| **COMPANY, fka THE EQUITABLE LIFE**  ) | |
| **ASSURANCE SOCIETY OF THE UNITED** ) | |
| **STATES, and AXA DISTRIBUTORS,**  ) | |
| **LLC, fka EQUITABLE DISTRIBUTORS,**  ) | |
| **LLC.,**               ) | |
| ) | |
| **Defendants.**         ) | |

### JOINT MOTION TO DISMISS

Come now Plaintiffs, James P. Arant, et al., and Defendants, AXA Equitable Life Insurance Company and AXA Distributors, LLC, and jointly move this Court for entry of an Order dismissing this case without prejudice. Attached as Exhibit A is a joint proposed Order of Dismissal. In support of their motion, the parties state as follows:

1.  In connection with their Memorandum of Law in Support of Motion for Judgment on the Pleadings filed on August 16, 2007, the Defendants submitted a proposed Order of Dismissal for the Court's consideration.

2.  On August 17, 2007, Plaintiffs filed a Reply to Defendants' Memorandum of Law in Support of Motion for Judgment on the Pleadings, filing an alternative proposed Order of Dismissal for the Court's consideration.

3.  Subsequent to their submission of opposing proposed Orders of Dismissal, the parties have reached an agreement as to a joint proposed Order of Dismissal. The parties therefore request that this Court enter the jointly proposed Order of Dismissal attached as Exhibit

1

A hereto in accordance with Fed. R. Civ. P. 41(a)(2).

WHEREFORE, premises considered, Plaintiffs James P. Arant, et al. and Defendants AXA Equitable Life Insurance Company and AXA Distributors, LLC respectfully request that the Court dismiss all claims in the Complaint without prejudice and enter the joint proposed Order of Dismissal attached hereto as Exhibit A.

Respectfully submitted,

/s/ Andrea M. Greene
A. Inge Selden III (SEL003)
John N. Bolus (BOL022)
Andrea M. Greene (GRE102)

Attorneys for Defendants
AXA Equitable Life Insurance Co. and
AXA Distributors, LLC

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

/s/ Caroline Smith Gidiere
Andrew P. Campbell, Esq. (CAM006)
Caroline Smith Gidiere, Esq. (SMI209)
Attorneys for Plaintiffs

**OF COUNSEL:**

CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS
2100-A SouthBridge Parkway, Suite 450
Birmingham, Alabama  35209
(205) 803-0051

M. Dale Marsh, Esq.
MARSH COTTER & TINDOL LLP
203 E. Lee Street
P. O. Box 310910
Enterprise, Alabama  36331

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES P. ARANT, et al.,           )<br>                                                      )<br>       Plaintiffs,                         )<br>                                                      )<br>v.                                                  )<br>                                                      )<br>AXA EQUITABLE LIFE INSURANCE  )<br>COMPANY, fka THE EQUITABLE LIFE )<br>ASSURANCE SOCIETY OF THE UNITED )<br>STATES, and AXA DISTRIBUTORS,     )<br>LLC, fka EQUITABLE DISTRIBUTORS, )<br>LLC.,                                           )<br>                                                      )<br>       Defendants.                      ) | CIVIL ACTION NO.:<br>1:07-cv-664-MHT |

ORDER OF DISMISSAL

Before the Court are Defendants' Motion for Judgment on the Pleadings, Defendants' Motion for Stay of Requirements Under Rule 26(f) Order, and Plaintiffs' Motion to Dismiss Without Prejudice. The Court, having considered the record, finds that Plaintiffs' Motion to Dismiss Without Prejudice, pursuant to the findings herein, is due to be GRANTED. The Court further finds that Defendants' Motion for Judgment on the Pleadings and Motion for Stay of Requirements Under Rule 26(f) Order are rendered MOOT.

The Court finds that Plaintiffs' Complaint, as pled, is preempted by the Securities Litigation Uniform Standards Act of 1998, 15 U.S.C. § 77p *et seq.* ("SLUSA"). The Court finds that this action falls within SLUSA's definition of a "covered class action" because the Complaint seeks damages on behalf of 75 persons, and Plaintiffs have pled that those claims are properly joined "because they arise out of or relate to two series of transactions and occurrences and present common questions of law and/or fact." Complaint at ¶ 15. Further, the Court finds that the Complaint seeks damages on the basis of alleged misrepresentations occurring in

connection with the purchase of variable annuity contracts, which are "covered securities" under SLUSA.  Plaintiffs do not dispute that their claims as pled are preempted by SLUSA.

Because Plaintiffs' claims are preempted by SLUSA, the claims may not be maintained as currently framed.  Plaintiffs could attempt to re-plead their claims before this Court as an action under the federal securities laws which complies with the Private Securities Litigation Reform Act of 1995.  Plaintiffs have chosen another alternative, seeking an order dismissing their claims without prejudice.  This alternative provides Plaintiffs with the opportunity to re-file their claims in a manner not inconsistent with the provisions of SLUSA.  Accordingly, it is:

ORDERED, ADJUDGED and DECREED that and Plaintiffs' Motion to Dismiss Without Prejudice is GRANTED, and that all counts and claims in the Complaint herein are DISMISSED WITHOUT PREJUDICE.  Defendants' Motion for Judgment on the Pleadings and Motion for Stay of Requirements Under Rule 26(f) Order are rendered MOOT.

DONE this _____ day of November, 2007.


_____
UNITED STATES DISTRICT JUDGE