**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES P. ARANT, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **1:07-CV-664** |
| **AXA EQUITABLE LIFE INSURANCE** | ) | |
| **COMPANY, fka THE EQUITABLE LIFE** | ) | |
| **ASSURANCE SOCIETY OF THE UNITED** | ) | |
| **STATES, and AXA DISTRIBUTORS,** | ) | |
| **LLC, fka EQUITABLE DISTRIBUTORS,** | ) | |
| **LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW James P. Arant, Dorine Barranco, Rhoda S. Boone, Gayle S. Bullard, Gerald C. Caputo, Marjorie L. Caputo, Peggy J. Cole, Beverly L. Davis, Jesse D. Dean, Philip M. Dease, Jacqueline P. Draughon, Howard R. Dunn, Hans D. Erbskorn, Charlene B. Erbskorn, Charles B. Emmett, Kathryn M. Foster, Peggy Shannon Hall, Rabon W. Harrison, Ruth K. Harrison, James H. Hausman, Donald W. Hendley, Edward L. Hinson, Jeanette C. Hinson, Ann S. Holman, Gayle O. Hudson, Peggy June Johnson, Kenneth W. Joyner, James R. Little, Linda D. Little, Sarah A. Martin, Earl D. Matthews, Doris Matthews, Sarah Mccord, Frank Miller, Jerry Mims, Jo Anne Merritt, Nina Sue New, Della M. Pass, Hugh A. Odom, Hazel J. Odom, Jeanette K. Parker, Kevin M. Patton, Mary Harriett Patton, Jack R. Perry, Freddy Quattlebaum, Billie S. Rivenbark, Roy W. Saunders, Carolyn H. Saunders, Earl T. Senn, Edna Senn, Reuben S. Shelley, June K. Shelley, Linda Cheri Kelly-Sherer, Anita Carol Shirah, Tommy E. Smith, Danny L. Snell, Tony R. Spivey, Ladonna B. Spivey, Floyd Starling, Virginia A. Starling, Willa C. Storey, Jeanette S. Sutherland, Mary E. Todd, Gerald F. Trammell, Betty M. Vann, F. Terry Walden, Shirley J. Walker, Debra Rebecca White, Ashley Hiatt Wiggins, James Zandy Williams, Sandra Williams, Pheobie D. Wilson, Lynda Wirtzfeld, Charles H. Woodham, Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and  managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☐    This party is a governmental entity, or

☒    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported:

 Nov. 29, 2007
Date

/s/ Caroline Smith Gidiere
Counsel for Plaintiffs,
Counsel for James P. Arant, Dorine
Barranco, Rhoda S. Boone, Gayle S.
Bullard, Gerald C. Caputo, Marjorie L.
Caputo, Peggy J. Cole, Beverly L. Davis,
Jesse D. Dean, Philip M. Dease,
Jacqueline P. Draughon, Howard R. Dunn,
Hans D. Erbskorn, Charlene B. Erbskorn,
Charles B. Emmett, Kathryn M. Foster,
Peggy Shannon Hall, Rabon W. Harrison,
Ruth K. Harrison, James H. Hausman,
Donald W. Hendley, Edward L. Hinson,
Jeanette C. Hinson, Ann S. Holman, Gayle
O. Hudson, Peggy June Johnson, Kenneth
W. Joyner, James R. Little, Linda D. Little,
Sarah A. Martin, Earl D. Matthews, Doris
Matthews, Sarah Mccord, Frank Miller,
Jerry Mims, Jo Anne Merritt, Nina Sue New,
Della M. Pass, Hugh A. Odom, Hazel J.
Odom, Jeanette K. Parker, Kevin M. Patton,
Mary Harriett Patton, Jack R. Perry, Freddy
Quattlebaum, Billie S. Rivenbark, Roy W.
Saunders, Carolyn H. Saunders, Earl T.
Senn, Edna Senn, Reuben S. Shelley, June
K. Shelley, Linda Cheri Kelly-Sherer, Anita
Carol Shirah, Tommy E. Smith, Danny L.
Snell, Tony R. Spivey, Ladonna B. Spivey,
Floyd Starling, Virginia A. Starling, Willa C.
Storey, Jeanette S. Sutherland, Mary E.
Todd, Gerald F. Trammell, Betty M. Vann,
F. Terry Walden, Shirley J. Walker, Debra
Rebecca White, Ashley Hiatt Wiggins,
James Zandy Williams, Sandra Williams,
Pheobie D. Wilson, Lynda Wirtzfeld,
Charles H. Woodham

OF COUNSEL:
Campbell Gidiere Lee
Sinclair & Williams
2100A SouthBridge Pkwy, Ste. 450
Birmingham, AL  35209
(205) 803-0051 phone
(205) 803-0053 facsimile
acampbell@cwp-law.com
cgidiere@cwp-law.com

M. Dale Marsh
Marsh Cotter & Tindol LLP
203 E. Lee Street
P.O. Box 310910
Enterprise, AL  36331
(334) 347-2626 phone
(334) 393-1396 facsimile
mdm@enterpriselawyers.com

## CERTIFICATE OF SERVICE

I, Caroline Smith Gidiere, do hereby certify that a true and correct copy of the foregoing has been served via electronic filing, to the following counsel of record, on this 29th day of November 2007, to:

A. Inge Selden III
John N. Bolus
Andrea M. Greene
Maynard, Cooper & Gale, PC
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2602
205.254.1000


November 29, 2007                               /s/ Caroline Smith Gidiere__
            Date                                            Counsel