IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES P. ARANT, et al.,      ) | | |
|                              ) | | |
|     Plaintiffs,              ) | | |
|                              ) | CIVIL ACTION NO. | |
|     v.                       ) | 1:07cv664-MHT | |
|                              ) | | |
| AXA EQUITABLE LIFE           ) | | |
| INSURANCE COMPANY, fka THE   ) | | |
| ASSURANCE SOCIETY OF THE     ) | | |
| UNITED STATES, and AXA       ) | | |
| DISTRIBUTORS, LLC, fka       ) | | |
| EQUITABLE DISTRIBUTORS,      ) | | |
| LLC.,                        ) | | |
|                              ) | | |
|     Defendants.              ) | | |

### ORDER

It is ORDERED that the joint motion to dismiss (Doc. No. 15) is granted as set forth in the accompanying order of dismissal.

DONE, this the 12th day of December, 2007.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE